IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EZEQUIEL MEDINA SANTOS

DEBTOR

CASE NO. 16-07838/BKT

CHAPTER 7

DEBTOR'S MOTION CONCERNING AMENDMENTS TO SCHEDULE "E/F"

TO THE HONORABLE COURT:

**COMES NOW, EZEQUIEL MEDINA SANTOS,** debtor through his undersigned attorney Counsel, and very respectfully states and prays as follows:

1. The debtor hereby amends Schedule "E/F" to previously filed Schedule "E/F", docket no. 1, pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure and local Bankruptcy Rule 1009-1, for the purpose of: _include unsecured claim, account #2455, from creditor "New York State Department of Labor Unemployment Insurance Division", PO Box 4320, Binghamtom, NY 13902-4320, balance owed $3,614.50._

**WHEREFORE,** the debtor prays that this Honorable Court take knowledge of said amendments and provide accordingly.

NOTICE

Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

**CERTIFICATE OF SEVICE:** I hereby certify that on this date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends

Page -2-
Debtor's Motion Concerning Amendments to Schedules "E/F"
Case no. 16-07838/BKT7

notification of such filing to all those who in this case have registered for receipt of notice by electronic mail, including the US Trustee's Office and the Trustee. I further certify that the foregoing has been served by depositing true and correct copies thereof in the United States Mail, postage prepaid, to none CM/ECF participants: debtor(s), Ezequiel Medina Santos, to his address of record: 22503 Sector Las 300 Guavate Cayey, PR 00736, to the creditor affected by the amendment: _"New York State Department of Labor Unemployment Insurance Division", PO Box 4320, Binghamtom, NY 13902-4320;_ and creditors and parties in interest as per the attached master address list.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 13th day of October, 2016.

/s/ Roberto A. Figueroa Colón
ROBERTO A. FIGUEROA COLON
USDC #300105
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO PR 00970-1635
TEL NO. (787) 744-7699

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | EZEQUIEL | MEDINA | SANTOS |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: DISTRICT OF PUERTO RICO, SAN JUAN DIVISION

Case number (if known): 3:16-bk-7838

☐ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?

   ■ No. Go to Part 2
   ☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Banco Popular de Puerto Rico** | Last 4 digits of account number  0101 | $2,864.00 |
| | Nonpriority Creditor's Name | | |
| | Bankruptcy Department | When was the debt incurred?  2013-02-19 | |
| | PO Box 366818 | | |
| | San Juan, PR 00936-6818 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one

■ Debtor 1 only                  ☐ Contingent
☐ Debtor 2 only                  ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only     ☐ Disputed
☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ Check if this claim is for a community debt

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

Is the claim subject to offset?

■ No
☐ Yes

☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

Debtor 1  MEDINA SANTOS, EZEQUIEL                              Case number (if known)  3:16-bk-7838

### 4.2 Claro — $343.00
Nonpriority Creditor's Name

Last 4 digits of account number: 1785
When was the debt incurred? 2007-10-06

PO Box 360998
San Juan, PR 00936-0998
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.3 Claro — $26.00
Nonpriority Creditor's Name

Last 4 digits of account number: 0742
When was the debt incurred? 2011-08-23

PO Box 360998
San Juan, PR 00936-0998
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

### 4.4 New York State Department of Labor — $3,614.50
Nonpriority Creditor's Name

Last 4 digits of account number: 2455
When was the debt incurred? _____

PO BOX 4320
BINGHAMTON, NY 13902-4320
Number Street City State Zip Code

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

Debtor 1   MEDINA SANTOS, EZEQUIEL          Case number (if known)   3:16-bk-7838

| 4.5 | Syncb/Walmart | Last 4 digits of account number | 5985 | $2,634.00 |

Nonpriority Creditor's Name

PO Box 965024
Orlando, FL 32896-5024
Number Street City State Zip Code

When was the debt incurred?  2007-11

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

| 4.6 | Tdrcs/re-novate | Last 4 digits of account number | 8055 | $6,083.00 |

Nonpriority Creditor's Name

1000 Macarthur Blvd
Mahwah, NJ 07430-2035
Number Street City State Zip Code

When was the debt incurred?  2014-05

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify _____

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Account Service Department
PO Box 731
Mahwah, NJ 07430-0731

On which entry in Part 1 or Part 2 did you list the original creditor?
Line 4.6 of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   8055

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| | 6a | Domestic support obligations | 6a. $ | 0.00 |
| Total claims from Part 1 | 6b | Taxes and certain other debts you owe the government | 6b. $ | 0.00 |
| | 6c | Claims for death or personal injury while you were intoxicated | 6c. $ | 0.00 |
| | 6d | Other. Add all other priority unsecured claims. Write that amount here. | 6d. $ | 0.00 |
| | 6e | Total Priority. Add lines 6a through 6d. | 6e. $ | 0.00 |

Total Claim

Official Form 106 E/F     Schedule E/F: Creditors Who Have Unsecured Claims     Page 3 of 4

Debtor 1 MEDINA SANTOS, EZEQUIEL　　　　　　　　　　　Case number (if known) 3:16-bk-7838

| | | | | | |
|---|---|---|---|---|---|
| | 6f. | Student loans | 6f. | $ | 0.00 |
| Total claims from Part 2 | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 15,564.50 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | **15,564.50** |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **EZEQUIEL MEDINA SANTOS** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | DISTRICT OF PUERTO RICO, SAN JUAN DIVISION | |
| Case number (if known) | 3:16-bk-7838 | | |

☒ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ EMS_____
EZEQUIEL MEDINA SANTOS
Signature of Debtor 1

Date 10/13/16

X _____
Signature of Debtor 2

Date _____

Label Matrix for local noticing
0104-3
Case 16-07838-BKT7
District of Puerto Rico
Old San Juan
Thu Oct 13 12:17:56 AST 2016

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Account Service Department
PO Box 731
Mahwah, NJ 07430-0731

Banco Popular de Puerto Rico
Bankruptcy Department
PO Box 366818
San Juan, PR 00936-6818

Claro
PO Box 360998
San Juan, PR 00936-0998

ENR & Associates
Edda Ivette Rodriguez, Esq
PO Box 191017
San Juan, PR 00919-1017

Firstbank Puerto Rico
PO Box 9146
San Juan, PR 00908-0146

Oriental Bank
PO Box 195115
San Juan, PR 00919-5115

Oriental Mortgage
PO Box 71578
San Juan, PR 00936-8678

Syncb/Walmart
PO Box 965024
Orlando, FL 32896-5024

Tdrcs/re-novate
1000 Macarthur Blvd
Mahwah, NJ 07430-2035

EZEQUIEL MEDINA SANTOS
22503 SECTOR LAS 300 GUAVATE
CAYEY, PR 00736

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO ROMAN VALENTIN
US TRUSTEES OFFICE
PO BOX 9024003
SAN JUAN, PR 00902-4003

ROBERTO ARISTIDES FIGUEROA-COLON
FIGUEROA & SERRANO, PSC
PO BOX 1635
GUAYNABO, PR 00970-1635

End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14